UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :        26 Mag. 520 (KPF)
            v.                                                :
                                                             :        ORDER
                                                             :
  DAMIEN DOYLE,                                              :
                                                             :
                        Defendant.                           :
------------------------------------------------------------ :
                                                             X

KATHERINE POLK FAILLA, District Judge:


        It is hereby ORDERED, that the defendant, Damien Doyle, USM# 72092-054,
is hereby remanded to the custody of the United States Marshal.


        SO ORDERED.

Dated:       February 24, 2026
             New York, New York

                                            _____
                                               KATHERINE POLK FAILLA
                                               United States District Judge

DOCKET No. 26-mag-520 _____    DEFENDANT Damien Doyle a/k/a Damion Doyle _____

AUSA Adabelle U. Ekechukwu _____    DEF.'S COUNSEL Amy Gallicchio _____
☐ RETAINED  ☑ FEDERAL DEFENDERS  CJA  ☐ PRESENTMENT ONLY

☐ none _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.     DATE OF ARREST _____    ☐ VOL. SURR.
                                                            TIME OF ARREST _____    ☐ ON WRIT
☑ Other: Bail Appeal _____                        TIME OF PRESENTMENT _____    On federal transfer

## BAIL DISPOSITION

☑ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE    ☑ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____ _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY          ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED         ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 3/6/2026   ☐ ON DEFENDANT'S CONSENT

DATE: 2/24/2026 _____

_____
**UNITED STATES DISTRICT JUDGE**