UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAMION DOYLE,
a/k/a "Damien Doyle,"

Defendant.

**ORDER**

26 Cr. 80 (LGS)

WHEREAS, with the consent of defendant Damion Doyle, a/k/a "Damien Doyle," the defendant's guilty plea allocution was taken before United States Magistrate Judge Figueredo on August 13, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated *Pimentel* letter, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 23.

**SO ORDERED.**

Dated: New York, New York
August 14, 2026

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE