UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DAMION DOYLE,

Defendant.

------------------------------------------------------------X

25 Cr. 553 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Damion Doyle's sentencing hearing will be held on **December 14, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **November 16, 2026**. The Government's pre-sentencing submission, if any, shall be filed by **November 19, 2026.**

Dated: September 15, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE