Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2026

***BY ECF***
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted in part. The sentencing hearing currently scheduled for December 14, 2026, is adjourned to **January 19, 2027, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **January 5, 2027**. The Government's sentencing submission shall be filed by **January 8, 2027**. The Clerk of the Court is directed to terminate the letter motion at docket number 29.
Dated: November 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** ***United States v. Damion Doyle*, 26 Cr. 80 (LGS)**

Dear Judge Schofield,

I write to respectfully request an adjournment of Mr. Doyle's sentencing hearing, currently scheduled for December 14, 2026, to a date on or after **January 19, 2027** that is convenient for the Court. I also request a corresponding adjournment of the parties' sentencing submission deadlines (currently November 16 and November 19, 2026), with defense submission due **January 7, 2027**, and the government's submission due **January 12, 2027**.

This adjournment is requested because I recently joined Mr. Doyle's defense team following the retirement of Assistant Federal Defender Amy Gallicchio, and need additional time to review the record, confer with Mr. Doyle, and prepare his sentencing submission. In addition, I am scheduled to begin a trial before the Honorable Jennifer L. Rochon on December 8, 2026 and the trial may continue into the week of December 14, the date currently set for Mr. Doyle's sentencing.

I have conferred with counsel for the government, who does not object to this request or the above-referenced dates. This is Mr. Doyle's first request for an adjournment of his sentencing and related deadlines.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Courtney Gans*
Courtney Gans, Esq.
Trial Attorney
Federal Defenders of New York, Inc.
T: (646) 628-6748

cc: AUSA Adabelle U. Ekechukwu (via ECF)